UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Osahenrumwen Ojo

        v.                            Civil No. 11-cv-210-JL

Hillsborough County Department of Corrections,
Superintendent, et al.



O R D E R


After due consideration of the objection filed, I
herewith approve the Report and Recommendation of
Magistrate Judge Landya B. McCafferty dated December 21,
2011.

SO ORDERED.



_____
Joseph N. Laplante
United States District Judge

January 10, 2012

cc: Osahenrumwen Ojo, pro se
    Officer Medic
    FNU Goulding