UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Osahenrumwen Ojo

   v.     Civil No. 11-cv-210-JL

Hillsborough County Department
of Corrections et al.

**O R D E R**

Plaintiff has filed "Motion: for Report of Violation of Rules" (doc. no. 30). Defendants object (doc. no. 31).

Defendants' objection was filed beyond the deadline for responding to the underlying motion (doc. no. 30). The court notes, however, that defendants' objection (doc. no. 31) includes a request for an extension of time, until May 15, 2012, to file a supplemental response to plaintiff's motion (doc. no. 30). Defendants' request for an extension of time is supported by good cause. The court therefore grants the requested extension nunc pro tunc, and directs defendants to file a further response to plaintiff's motion (doc. no. 30) by May 15, 2012. After the filing of defendants' response, plaintiff will be granted fourteen days to file a reply thereto.

The substance of plaintiff's motion (doc. no. 30), as well as defendants' substantive objection (doc. no. 31), are taken

under advisement. The court will consider the merits of plaintiff's motion, and defendants' objections and responses thereto, upon filing of the documents authorized in this order.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

May 3, 2012

cc: Osahenrumwen Ojo, pro se
    John A. Curran, Esq.

LBM:jba