UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Osahenrumwen Ojo

     v.                                           Civil No. 11-cv-210-JL

Eldin Medic, et al.

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     Certain Attachments to Plaintiff's Motion for Summary Judgment in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Attachments to Plaintiff's Motion for Summary Judgment.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Attachments to Plaintiff's Motion for Summary Judgment, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     **SO ORDERED**.

                                                                        */s/ Landya B. McCafferty*
                                                                       Landya B. McCafferty
                                                                       United States Magistrate Judge

Date:  June 14, 2012

cc:     Osahenrumwen Ojo, pro se
        John Curran, Esq.