UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Osahenrumwen Ojo

    v.        Civil No. 11-cv-210-JL

Eldin Medic, et al.

O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 7, 2012, no objection having been filed." '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

  SO ORDERED.

August 29, 2012          _____
                Joseph N. Laplante
                Chief Judge

cc: Osahenrumwen Ojo, pro se
   John Curran, Esq.