UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Osahenrumwen Ojo

   v.                                                  Civil No. 11-cv-210-JL

Eldin Medic et al.

**O R D E R**

    Plaintiff has filed a "Motion for Submission of Defendants Goulding's and Medic's Signature Affidavit" (doc. no. 51), asserting that the "signature affidavits" defendants provided to Ojo in discovery should be filed here "in conjunction with plaintiff's motion for summary judgment." While it is not entirely clear why Ojo seeks to submit these documents, his reasoning is immaterial at this point, as the magistrate judge has recommended denial of the summary judgment motion for reasons unaffected by the defendants' signatures or their affidavits. Accordingly, the motion to file "signature affidavits" (doc. no. 51) is denied, without prejudice to refiling if the recommendation is not approved.

    SO ORDERED.

                                                 _____
                                                 Landya McCafferty
                                                 United States Magistrate Judge

October 1, 2012
cc:  Osahenrumwen Ojo, pro se
     John A. Curran, Esq.