## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Osahenrumwen Ojo

      v.                                Civil No. 11-cv-210-JL

Eldin Medic, et al.

### ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Exhibits identified as attachments 5-9 in support of Plaintiff's Objection to Motion for Summary Judgment, Document #67, in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).   Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibits.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to Exhibits 5-9, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

        **SO ORDERED**.

                                      /s/ Daniel J. Lynch
                                     Daniel J. Lynch
                                     United States Magistrate Judge

Date:   October 29, 2012

cc:     Osahenrumwen Ojo, pro se
        John Curran, Esq.